THE DAVIS PROVISION COMPANY, Respondent, *v.* FOWLER BROTHERS, Limited, et al., Appellants.

*Davis Provision Co.* v. *Fowler Bros., Limited,* 20 App. Div. 626, affirmed.
(Argued May 17, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 2, 1897, upon an order modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Welton C. Percy* for appellants.

*Thomas F. Conway* for respondent.

Judgment and order affirmed, but without costs to either party in this court, in view of the late amendment of the order making the decision of the court below unanimous; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and WERNER, JJ. Not sitting: LANDON, J.

---

JAY E. TIBBITS, Respondent, *v.* EDWARD L'ESTRANGE PHIPPS, Appellant.

WILLIAM PHILLIPS et al., Respondents.

*Tibbits* v. *Phipps,* 30 App. Div. 274, affirmed.
(Argued May 17, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1898, upon an order modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Isaac N. Mills* for appellant.

*W. R. Spooner* and *Frank A. Bennett* for respondents.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.